[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 219.]

THE STATE EX REL. BAUM, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Baum v. Indus. Comm.*, 1998-Ohio-359.]

*Workers' compensation–Court of appeals' judgment reversed and cause returned for compliance with State ex rel. Noll.*

(No. 97-1098–Submitted October 12, 1998–Decided December 30, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD05-666.

————————————

*Brian & Brian* and *Richard F. Brian*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Cordelia A. Glenn*, Assistant Attorney General, for appellee Industrial Commission.

*Black, McCuskey, Souers & Arbaugh* and *Mary E. Randall*, for appellee Republic Engineered Steels, Inc.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for further proceedings in compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I dissent and would affirm the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

————————————